CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RJK
JUL 28 2009
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DWIGHT DAVID LEWIS,** <br> Petitioner, | Civil Action No. 7:09-cv-00313 |
| v. | **FINAL ORDER** |
| **KEITH W. DAVIS,** <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice as successive** and this action is stricken from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** This 28th day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge